**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MITSUI SUMITOMO INSURANCE CO., LTD.,       :

                  Plaintiff,       :

        -against-       :

TRANSPAC CONTAINER SYSTEM LIMITED       :
OF HONG KONG, *trading as Blue Anchor Line*
*a/k/a Blue Anchor America Line*,       :

               Defendant.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER

20 Civ. 2996 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the

Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to

restoring the action to this Court's calendar if an application to restore is made within thirty (30)

days of this Order.

    All conferences previously scheduled are adjourned *sine die*.

Dated: New York, New York
      May 18, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge